170 A.3d 289

**BEAUCHAMP, Kenneth**

**v.**

**STATE of Maryland**

**Case No. 33, Sept.Term, 2017**

Court of Appeals of Maryland.

September 20, 2017

Case dismissed prior to oral argument.

170 A.3d 289

**JACKSON, Lawrence E., Jr.**

**v.**

**STATE of Maryland**

**Case No. 30, Sept.Term, 2017**

Court of Appeals of Maryland.

September 25, 2017

Case dismissed prior to oral argument.